# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

March 1, 2022

APPLICATION GRANTED  
SO ORDERED  
VERNON S. BRODERICK  
U.S.D.J.   03/02/22

Hon. Vernon S. Broderick  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

The VOSR is currently scheduled for a status conference on March 3, 2022.

Principally, the specifications in the VOSR arise out Mr. Lans being arrested and indicted in a criminal matter currently pending in New York State Supreme Court, New York County (the "State Case"). It is likely that a resolution of the VOSR will occur following a resolution of the State Case. The next date for the State Case is March 29, 2022. As such, if the conference proceeds on March 3rd, I will be requesting the matter be adjourned to a date following the March 29th court appearance on the State Case.

Based upon the forgoing, and with consent of the Government, and subject to the Court's availability, I respectfully request the VOSR conference be adjourned to April 7, 2022, at 12 p.m.,

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc: Matthew King, AUSA  
    Leroy Lans