# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

April 6, 2022

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  04/06/22

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

The VOSR is currently scheduled for a status conference on April 7, 2022.

Principally, the specifications in the VOSR arise out Mr. Lans being arrested and indicted in a criminal matter currently pending in New York State Supreme Court, New York County (the "State Case"). It is likely that a resolution of the VOSR will occur following a resolution of the State Case. The next date for the State Case is April 19, 2022. It is possible a disposition may be reached on that date.

Based upon the forgoing, and with consent of the Government, and subject to the Court's availability, I respectfully request the VOSR conference be adjourned to April 26, 2022 at 1 p.m.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Matthew King, AUSA
      Leroy Lans