# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  |  *Long Island Office*
**42-40 Bell Blvd, Suite 302**  |  **10 Bond St, Suite 389**
**Bayside, New York 11361**  |  **Great Neck, New York 11021**
**Tel (516) 829-2299**  |  **Tel (516) 829-2299**
*jp@jpittell.com*  |  *jp@jpittell.com*

April 25, 2022

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.** 04/25/22

Re: *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

  I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

  The VOSR is currently scheduled for a status conference, tomorrow, on April 26, 2022.

  As noted in prior correspondence, principally, the specifications in the VOSR arise out Mr. Lans being prosecuted in a criminal matter currently pending in New York State Supreme Court, New York County (the "State Case"). It is likely that a resolution of the VOSR will occur following a resolution of the State Case. The last date for the State Case was April 19, 2022. It was my understanding that a disposition, by guilty plea, would occur on that on that date. As such, I anticipated a resolution of the VOSR would occur during tomorrow's conference. However, I am informed that, on April 19th, Mr. Lans was not produced in the State Case. As such, it was adjourned to May 3, 2022.

  Based upon the forgoing, I do not anticipate that anything of substance will occur during tomorrow's conference. Accordingly, with consent of the Government, I respectfully request the VOSR conference be adjourned to May 9, 2022 at 11 a.m. which, I understand, is available on the Court's calendar.

         Respectfully submitted,
         /s/
         Jeffrey G. Pittell

cc: Matthew King, AUSA
   Courtney Cooke, USPO