# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

May 4, 2022

Hon. Vernon S. Broderick  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007

**APPLICATION GRANTED**  
**SO ORDERED** /s/  
**VERNON S. BRODERICK**  
**U.S.D.J.**   05/06/22

Re: *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

     I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

     The VOSR is currently scheduled for a status conference on May 9, 2022.

     As noted in prior correspondence, principally, the specifications in the VOSR arise out Mr. Lans being prosecuted in a criminal matter currently pending in New York State Supreme Court, New York County (the "State Case"). It is likely that a resolution of the VOSR will occur following a resolution of the State Case. The last date for the State Case was May 3, 2022. It was my understanding that a disposition, by guilty plea, was to occur on that on that date. Accordingly, I anticipated a resolution of the VOSR would occur during the upcoming May 9th conference. However, I am informed that Mr. Lans was not produced, on May 3rd, for the State Case. As such, it was adjourned to May 24, 2022.

     Based upon the forgoing, I do not anticipate that anything of substance will occur during upcoming conference. Accordingly, with consent of the Government, I respectfully request the conference be adjourned to June 1, 2022 at 2 p.m. which, I understand, is available on the Court's calendar.

     Respectfully submitted,  
     /s/  
     Jeffrey G. Pittell

cc:   Matthew King, AUSA  
      Courtney Cooke, USPO