# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

July 1, 2022

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/
> VERNON S. BRODERICK
> U.S.D.J.   07/05/22
>
> The status conference scheduled for July 12, 2022 is hereby adjourned to August 15, 2022 at 1:30 p.m.

Re:  *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

The VOSR is currently scheduled for a status conference on July 12, 2022.

As previously noted, Mr. Lans is being prosecuted in a criminal matter pending in New York County Supreme Court (the "State Case") and that a resolution of the VOSR will likely occur following a resolution of the State Case.  As a result, I have requested prior conferences in this matter be adjourned pending a resolution of the State Case.

On May 24, 2022, Mr. Lans pled guilty in the State Case.  Sentencing is pending on August 9, 2022.  The promised sentence is four years imprisonment.  During the last status conference, in light of Mr. Lans' guilty plea in the State Case, the parties acknowledged the VOSR can likely be resolved without a hearing.  However, the parties indicated they will take differing positions in regard to the appropriate sentence.

Based upon the foregoing, I respectfully request the conference be adjourned to a date following the August 9th sentencing date in the State Case.  Accordingly, subject to the Court and parties availability, I respectfully request the conference be adjourned to any of the following dates: August 15, 17 or 19, 2022.

I have conferred with the Government and they consent to this request.

> Respectfully submitted,
> /s/
> Jeffrey G. Pittell

cc:   Matthew King, AUSA
      Courtney Cooke, USPO