# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

> APPLICATION GRANTED
> SO ORDERED /s/
> VERNON S. BRODERICK
> U.S.D.J.  12/14/22
>
> The violation of supervised release sentencing is adjourned to February 10, 2023 at 12 p.m. and the Government may file their sentencing submission by February 3, 2023.

December 13, 2022

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

  I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

  The VOSR is currently scheduled for sentencing on December 16, 2022.

  I respectfully request the sentencing be adjourned to February 10, 2023 at 12 p.m.  It is my understanding the Court and parties are available on this date and time.  The Government and Probation consent to this request.

  In anticipation of the sentencing, I previously filed a sentencing submission.  On behalf of the Government, I respectfully request they be given leave to file their submission one week prior to sentencing date.

         Respectfully submitted,
         /s/
         Jeffrey G. Pittell

cc: Adam Solwati, AUSA
   Courtney Cooke, USPO