UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                        19-CR-172 (VSB)

                                                  **ORDER**

    LEROY LANS
                          Defendant.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The parties are ordered to appear for a violation of supervised release hearing at 12:00pm Friday, March 17, 2023, in Courtroom 518 at 40 Foley Square New York, NY 10007.

SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                                                     Vernon S. Broderick
                                                                       United States District Judge