# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

March 12, 2023

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 3/13/23

Re: *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

    I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

    The VOSR is currently scheduled for sentencing on March 17, 2023.

    Due to a scheduling conflict, I respectfully request the sentencing be adjourned to March 31, 2023 at 11 a.m. It is my understanding the Court and parties are available on this date and time. The Government and Probation consent to this request.

    Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Adam Solwati, AUSA
       Courtney Cooke, USPO