**MAHER & PITTELL, LLP**
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   3/29/23

March 29, 2023

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

    I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

    The VOSR is currently scheduled for sentencing on March 31, 2023.

    Due to a scheduling conflict, I respectfully request the sentencing be adjourned to April 25, 2023 at 12 p.m.  It is my understanding the Court and parties are available on this date and time.  The Government and Probation consent to this request.

                    Respectfully submitted,
                    /s/
                    Jeffrey G. Pittell

cc:    Adam Solwati, AUSA
         Courtney Cooke, USPO