UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,         :

                                           :

              -against-           :             19-CR-172 (VSB)

                                           :             **<u>ORDER</u>**

LEROY LANS                     :

                                    Defendant.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The hearing presently scheduled for April 25, 2023, at 12:00pm is hereby adjourned to

May 18, 2023, at 3:30pm.  The hearing will take place in Courtroom 518 at 40 Foley Square

New York, NY 10007.

SO ORDERED.

Dated:  April 24, 2023
       New York, New York

                                    Vernon S. Broderick
                                    United States District Judge