UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,        :
                                                      :
             -v-                             :
                                                      :          19-CR-172 (VSB)
LEROY LANS                               :
                                                      :          **ORDER**
                            Defendant.      :
                                                        :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The sentencing hearing previously scheduled for May 18, 2023 is hereby adjourned to May 23, 2023 at 12:00 PM.

SO ORDERED.

Dated:    May 18, 2023
              New York, New York

                                                            VERNON S. BRODERICK
                                                            United States District Judge

1