# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

May 22, 2023

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

    I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

    The VOSR is currently scheduled for sentencing on May 23, 2023.

    Due to a scheduling conflict, I respectfully request the sentencing be adjourned to June 5, 2023 at 1 p.m.  It is my understanding the Court and parties are available on this date and time.  The Government and Probation consent to this request.

                                    Respectfully submitted,
                                    /s/
                                  Jeffrey G. Pittell

cc:    Adam Solwati, Matthew King, AUSA
        Courtney Cooke, USPO

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  05/22/2023

The sentencing scheduled for May 23, 2023 is hereby adjourned to June 5, 2023 at 1:00 PM.