# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
***jp@jpittell.com***

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
***jp@jpittell.com***

November 7, 2026

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Lans*, 19 cr 172 (VSB) -- Violation of Supervised Release ("VOSR")

Dear Judge Broderick:

I am counsel for Leroy Lans, the defendant in the above referenced VOSR.

The VOSR is currently scheduled for an initial appearance / control date on November 9, 2026. Due to a scheduling conflict, I respectfully request this date be adjourned to November 30, 2026 at 12:30 p.m. It is my understanding the Court and parties are available on this date and time. The Government and Probation consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Alexandra Swain, Matthew King, AUSA
Latoya Harris, USPO

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/9/2026

The VOSR hearing is scheduled for November 30, 2026 at 12:30 PM.